BRANDENBURG *et al.* v. CITY OF COVINGTON *et al.*

PER CURIAM. 1. A paragraph of a tax ordinance of a city is not illegal, unreasonable, or void upon its face, which provides: " Picture shows or electric theatre per year $100.00. Permit required for use of gallery. Permit in discretion of mayor and council."

2. Under conflicting evidence upon the question as to whether the plaintiff in error had made application to the city authorities for the issuance of the permit to operate a gallery, it does not appear that the court abused his discretion in refusing an interlocutory injunction. The foregoing ruling necessarily disposes of the case; and it is unnecessary to pass upon the constitutional questions involved.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent.*

FISH, C. J. I specially concur in the judgment refusing the grant of an interlocutory injunction, for the reason that, in my opinion, the facts of the case bring it clearly within the general rule that equity will not enjoin the prosecution for the violation of a municipal ordinance which is attacked as being unconstitutional or void for other reasons.

No. 2595. MARCH 4, 1922.

Petition for injunction. Before Judge Hutcheson. Newton superior court. March 23, 1921.

*King & Johnson,* for plaintiff. *A. D. Meador,* for defendants.